ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Corrections Officer Matthew Malta*
*Corrections Officer Carlos Miranda*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| COURTNEY MOTLEY, | CASE NO. 2:21-cv-02075-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| M. MALTA, C. MIRANDA | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Courtney Motley, ("Plaintiff"), by and through her undersigned counsel of record, and Defendants Corrections Officer Matthew Malta and Corrections Officer Carlos Miranda, ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On March 14, 2023, the Court entered its Order denying Defendants' Motion for Summary Judgment, and ordered that Plaintiff had until April 14, 2023, to respond to Defendant's First Request for Admissions. (ECF No. 30);

2. On April 8, 2023, the Courted entered its subsequent Order, in light of the appearance of Plaintiff's new counsel, giving Plaintiff until May 14, 2023, to Respond to Defendants' First Set of Requests for Admissions. (ECF No. 35);

93307740.1

3.  Due to the issues at bar, Defendants require additional time to file their renewed Motion for Summary Judgment, through and including June 14, 2023.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter.  This is the first stipulation for extension of time to file Defendants' Renewed Motion for Summary Judgment Pursuant to FRCP 56(d).

| | |
|---|---|
| DATED this 18th day of April, 2023. | DATED this 18th day of Arpil, 2023. |
| LEWIS BRISBOIS BISGAARD & SMITH | HOLLEY DRIGGS |
| */s/ Robert W. Freeman* | */s/ John J. Pictum* |
| Robert W. Freeman, Esq. | John J. Pictum III, Esq. |
| Nevada Bar No. 3062 | Nevada Bar No. 15979 |
| E. Matthew Freeman, Esq. | 300 South Fourth Street, Suite 1600 |
| Nevada Bar No. 14198 | Las Vegas, Nevada 89101 |
| 6385 S. Rainbow Blvd, Suite 600 | *Attorney for Plaintiff* |
| Las Vegas, Nevada 89118 | |
| *Attorney for Defendants* | |
| *Corrections Officer Matthew Malta* | |
| *Corrections Officer Carlos Miranda* | |

**ORDER**

IT IS SO ORDERED:

Dated this  19  day of     April    , 2023

.

_____
UNITED STATES DISTRICT COURT JUDGE

93307740.1                                                   2