John J. Pictum III, Esq.
Nevada Bar No. 15979
E-mail: jpictum@nevadafirm.com
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Attorney for Plaintiff, Courtney Motley

**UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA**

| | |
|---|---|
| Courtney Motley,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M. Malta,<br>C. Miranda,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-02075-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>(**SECOND REQUEST**) |

　　　　　Plaintiff Courtney Motley ("Motley"), by and through his attorney of record, John J. Pictum III, Esq., of Holley Driggs, and Defendant Corrections Officer Matthew Malta and Defendant Corrections Officer Carlos Miranda, by and through their attorneys of record, Robert W. Freeman Esq., and E. Matthew Freeman, Esq., of the law firm Lewis Brisbois Bisgaard & Smith, hereby stipulate and agree, subject to the Court's approval, as follows:

　　　　　1.　　On June 14, 2023, Defendants filed their Renewed Motion for Summary Judgment. *See* ECF No. 38.

　　　　　2.　　On June 15, 2023, the Court entered a minute order—pursuant to LR16-5—referring this case to a settlement conference with Magistrate Judge Weksler. *See* ECF No. 40.

　　　　　3.　　Due to the Court's referral to a settlement conference, the parties request that the summary judgment briefing schedule be extended as follows:

　　　　　　　　a.　　Motley's Response to Defendant's Motion for Summary Judgment shall be due 21 days from the date of the settlement conference with Magistrate Judge Weksler, on September 15, 2023. *See* LR 7-2.

15516-01/

- 1 -

      b. Defendants Reply in Support of their Motion for Summary Judgment shall be due 35 days after the date of the settlement conference with Magistrate Judge Weksler, on September 29, 2023. *See id.*

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. This is the second stipulation for an extension of time for the Summary Judgment briefing schedule.

DATED this 15th day of June, 2023.

**HOLLEY DRIGGS**

*/s/ John Pictum*

John J. Pictum III, Esq.
Nevada Bar No. 15979
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 15th day of June, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Robert Freeman*

Robert W. Freeman, Esq.
Nevada Bar No. 3062
E. Matthew Freeman, Esq.
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants
Corrections Officer Matthew Malta
Corrections Officer Carlos Miranda*

## ORDER

IT IS SO ORDERED:

Dated this __20__ day of ____June____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

15516-01/

**Danue High**

---

| | |
|---|---|
| **From:** | John J. Pictum |
| **Sent:** | Thursday, June 15, 2023 1:27 PM |
| **To:** | Danue High |
| **Subject:** | FW: Stipulation and Order to Extend MSJ Briefing |
| **Attachments:** | SAO to Extend MSJ Briefing(125688392.1).docx |

Please accept the change and get this submitted. I am not sure if these get filed in federal court or just submitted to chambers. If you don't know, can you ask around?

**John J. Pictum III**
Attorney
Las Vegas Office

# HOLLEY DRIGGS

_____
Tel: 702.791.0308 | Direct dial: 702.851.7504        Tel: 775.851.8700 | Fax: 775.851.7681
300 S. 4th Street, Suite 1600, Las Vegas NV 89101      800 S. Meadows Parkway, Suite 800, Reno NV 89521

www.nevadafirm.com

This email message (including any attachments): (a) may include privileged, confidential, proprietary and/or other protected information, (b) is sent based upon a reasonable expectation of privacy, and (c) is not intended for transmission to, or receipt by, unauthorized persons. If you are not the intended recipient, please notify the sender immediately by telephone (702.791.0308) or by replying to this message and then delete the message and all copies or portions from your system. Thank you.

---

**From:** Freeman, Matt <Matt.Freeman@lewisbrisbois.com>
**Sent:** Thursday, June 15, 2023 12:18 PM
**To:** John J. Pictum <jpictum@nevadafirm.com>; Freeman, Robert <Robert.Freeman@lewisbrisbois.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Danue High <dhigh@nevadafirm.com>
**Subject:** RE: Stipulation and Order to Extend MSJ Briefing

Good Afternoon John,

Neither myself nor Rob have any issue with the requested extension. I noticed a small spelling issue, that I fixed with tracked changes. With that changed, feel free to affix my e-signature.

Thanks.



**Matt Freeman**
Attorney
Matt.Freeman@lewisbrisbois.com

**T: 702.693.4375 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** John J. Pictum <jpictum@nevadafirm.com>
**Sent:** Thursday, June 15, 2023 9:23 AM
**To:** Freeman, Robert <Robert.Freeman@lewisbrisbois.com>; Freeman, Matt <Matt.Freeman@lewisbrisbois.com>
**Cc:** Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Danue High <dhigh@nevadafirm.com>
**Subject:** [EXT] Stipulation and Order to Extend MSJ Briefing

Robert and Matt:

Hope all is well. I saw that the Court referred us to a settlement conference with Judge Weksler in a minute order issued this morning. With that, would you be amenable to extending the briefing schedule on the summary judgment motion filed yesterday?

I have attached a draft here, but it would basically be extending the response and reply time to be calculated from the date of the settlement conference instead of yesterday.

If you are agreeable, please let me know and I will affix your electronic signature on this SAO and get it submitted to the Court. Thanks.

Thanks,

**John J. Pictum III**
Attorney
Las Vegas Office

HOLLEY DRIGGS

_____
Tel: 702.791.0308 | Direct dial: 702.851.7504      Tel: 775.851.8700 | Fax: 775.851.7681
300 S. 4th Street, Suite 1600, Las Vegas NV 89101    800 S. Meadows Parkway, Suite 800, Reno NV 89521

www.nevadafirm.com

This email message (including any attachments): (a) may include privileged, confidential, proprietary and/or other protected information, (b) is sent based upon a reasonable expectation of privacy, and (c) is not intended for transmission to, or receipt by, unauthorized persons.  If you are not the intended recipient, please notify the sender immediately by telephone (702.791.0308) or by replying to this message and then delete the message and all copies or portions from your system.  Thank you.