ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Corrections Officer Matthew Malta*
*Corrections Officer Carlos Miranda*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| COURTNEY MOTLEY, | CASE NO. 2:21-cv-02075-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE TH JOINT PRE-TRIAL ORDER** |
| vs. | |
| M. MALTA, C. MIRANDA | **FIRST REQUEST** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pre-Trial Order in the above-captioned case thirty (30) days, up to and including Wednesday, January 10, 2024.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties are currently discussing settlement and require additional time for negotiations. As such, the parties respectfully request sufficient time to attempt to resolve this matter without further time and expense spent on litigation.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file the Joint Pre-Trial Order by thirty (30) days from the current deadline of December



132479161.1

1  11, 2023 up to and including January 10, 2023.

2  DATED this 1st day of December, 2023.                    DATED this 1st day of November, 2023.

3  LEWIS BRISBOIS BISGAARD & SMITH                HOLLEY DRIGGS

4  /s/ Robert W. Freeman                                              /s/ John J. Pictum
5  ROBERT W. FREEMAN                                            JOHN J. PICTUM III
   Nevada Bar No. 3062                                                Nevada Bar No. 15979
6  E. MATTHEW FREEMAN                                        300 South Fourth Street, Suite 1600
7  Nevada Bar No. 14198                                             Las Vegas, Nevada 89101
   6385 S. Rainbow Blvd, Suite 600                              *Attorney for Plaintiff*
8  Las Vegas, Nevada 89118
   *Attorney for Defendants*
9  *Corrections Officer Matthew Malta*
10 *Corrections Officer Carlos Miranda*

## ORDER

**IT IS SO ORDERED:**

Dated this   1   day of   December  , 2023

_____
UNITED STATES DISTRICT COURT JUDGE