UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COURTNEY MOTLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>M. MALTA, an individual, et al.,<br><br>          Defendants. | Case No. 2:21-cv-02075-GMN-BNW<br><br>**ORDER TO PRODUCE COURTNEY MOTLEY, Inmate ID #07030758** |

TO:     CLARK COUNTY DETENTION CENTER, CLARK COUNTY, LAS VEGAS, NEVADA

         UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **COURTNEY MOTLEY, Inmate ID #07030758**, is presently in custody of the Clark County Detention Center, located at 333 S. Casino Center Blvd., Las Vegas, Nevada 89116.

**IT IS HEREBY ORDERED** that the Clark County Detention Center or its designee, shall arrange for and produce **COURTNEY MOTLEY, Inmate ID # 07030758,** to appear on **Monday, April 22, 2024, at 9:00 a.m.**, for a Pretrial Conference, at the United States District Court, District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, Courtroom 7D before Judge Gloria M. Navarro, in the instant matter, and arrange for his IN PERSON appearance on said date as ordered and directed by this court, until **COURTNEY MOTLEY, Inmate ID #07030758**, is released and discharged by the said Court.

**IT IS FURTHER ORDERED** that **COURTNEY MOTLEY, Inmate ID #07030758,** shall thereafter be returned to the custody of the Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 2nd day of April, 2024.

_____
**GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE**