1  John J. Pictum III, Esq.
   Nevada Bar No. 15979
2  R. McKay Holley, Esq.
   Nevada Bar No. 15934
3  **HOLLEY DRIGGS**
   300 South Fourth Street, Suite 1600
4  Las Vegas, Nevada 89101
   Telephone:    702/791-0308
5  Emails:        jpictum@nevadafirm.com
                  mholley@nevadafirm.com
6  Attorney for Plaintiff, Courtney Motley

7

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| Courtney Motley,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. Malta, an individual;<br>C. Miranda, an individual<br><br>　　　　　Defendants. | Case No. 2:21-cv-02075-GMN-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff Courtney Motley (hereinafter "Plaintiff"), and Defendant M. Malta ("Malta") and Defendant C. Miranda ("Miranda") (together "Defendants"), by and through their respective attorneys of record, hereby submit this stipulation and order to continue trial. This Stipulation is brought in compliance with LR IA 6-2 and LR 7-1.

　　　1.　　On January 11, 2024, this Court entered a Joint Pretrial Order setting this matter for trial on May 6, 2024. *See* ECF No. 55.

　　　2.　　Due to scheduling conflicts, both parties respectfully request that the Court continue the trial to July 22, 2024, or anytime thereafter.

　　　The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. This is the first stipulation to continue trial.

15516-01/

- 1 -

| | |
|---|---|
| Dated this <u>8th</u> day of April, 2024. | Dated this <u>8th</u> day of April, 2024. |
| **HOLLEY DRIGGS** | **LEWIS BRISBOIS BISGAARD & SMITH** |
| /s/ *John J. Pictum III* | /s/ *Robert W. Freeman* |
| John J. Pictum III, Esq.<br>Nevada Bar No. 15979<br>R. McKay Holley, Esq.<br>Nevada Bar No. 15934<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>E. Matthew Freeman, Esq.<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendants*<br>*Corrections Officer Matthew Malta*<br>*Corrections Officer Carlos Miranda* |

## ORDER

**IT IS SO ORDERED** that the trial currently set for May 6, 2024, is hereby vacated.

**IT IS FURTHER ORDERED** that this case be set for trial starting on <u>July 29</u>, 2024 at <u>8:30</u> a.m in LV Courtroom 7D. Calendar Call is <u>July 23, 2024</u>, at <u>9:00</u> a.m. in LV Courtroom 7D. **Pretrial Conference on April 22, 2024, at 9:00 a.m. remains.**

Dated this __8__ day of __April__, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

15516-01/