ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Corrections Officer Matthew Malta*
*Corrections Officer Carlos Miranda*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| COURTNEY MOTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>M. MALTA,<br>C. MIRANDA<br><br>Defendants. | CASE NO. 2:21-cv-02075-GMN-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**SECOND REQUEST** |

Defendant's M. Malta and C. Miranda and Plaintiff Courtney Motley, by and through their respective attorneys of record, hereby submit this stipulation and order to continue trial. This stipulation is brought in compliance with LR IA 6-2 and LR 7-1.

1. On April 8, 2024 the Court entered a stipulation and order setting this matter for trial on July 29, 2024. *See* ECF 61.
2. Prior familial obligations will require Defense Counsel to be out of the state on July 29, 2024.

…

…

…

…

140808990.1

3. Due to the aforementioned scheduling conflicts, both parties respectfully request that the Court continue the trial to August 26, 2024, or any time thereafter.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter.  This is the second stipulation to continue trial.

| | |
|---|---|
| DATED this 29th day of May, 2024. | DATED this 29th day of May, 2024. |
| LEWIS BRISBOIS BISGAARD & SMITH | HOLLEY DRIGGS |
| /s/ E. Matthew Freeman | /s/ John J. Pictum |
| ROBERT W. FREEMAN | JOHN J. PICTUM III |
| Nevada Bar No. 3062 | Nevada Bar No. 15979 |
| E. MATTHEW FREEMAN | R. McKAY HOLLEY |
| Nevada Bar No. 14198 | Nevada Bar No. 15934 |
| 6385 S. Rainbow Blvd, Suite 600 | 300 South Fourth Street, Suite 1600 |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89101 |
| *Attorney for Defendants Corrections Officer Matthew Malta Corrections Officer Carlos Miranda* | *Attorney for Plaintiff* |

## ORDER

**IT IS SO ORDERED** that the trial currently set for July 29, 2024, is hereby vacated.

**IT IS FURTHER ORDERED** that this case be set for trial starting on __December 16__, 2024 at __8:30__ a.m. in LV Courtroom 7D.  Calendar call is __December 10__, 2024, at __9:00__ a.m. in LV Courtroom 7D.

Dated this __12__ day of __June__, 2024

_____
UNITED STATES DISTRICT COURT JUDGE