Brian W. Boschee, Esq.
Nevada Bar No. 7612
John (Trey) Pictum, Esq.
Nevada Bar No. 15979
**HOWARD & HOWARD, PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
bboschee@howardandhoward.com
tpictum@howardandhoward.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

| Courtney Motley, | Case No.: 2:21-cv-02075-GMN-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION & ORDER TO CONTINUE TRIAL** |
| M. Malta, C. Miranda | **THIRD REQUEST** |
| Defendants. | |

Plaintiff Courtney Motley and Defendants M. Malta and C. Miranda, by and through their respective attorneys of record, hereby submit this stipulation and order to continue trial. This stipulation is brought in compliance with LR IA 6-2 and LR 7-1.

1. On April 8, 2024, the Court entered a stipulation and order setting this matter for trial on July 29, 2024. *See* ECF 61.

2. Due scheduling conflicts, the Parties stipulated to continue the trial on May 29, 2024. *See* ECF 64.

3. On June 12, 2024, the Court entered an Order continuing the trial to December 16, 2024. *See* ECF 68.

4. On October 1, 2024, counsel for Plaintiff moved law firms and is still in the process of transferring records and files to said new firm.

5. As such, the Parties respectfully request that the Court continue the trial currently scheduled on December 16, 2024, to April 7, 2025, or anytime thereafter.

The Parties to this action are not making this request for the purpose of delaying the trial in this matter. This is the Third Stipulation to continue trial.

| Dated: October 28, 2024 | Dated: October 28, 2024 |
|---|---|
| **HOWARD & HOWARD, PLLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ John (Trey) Pictum<br>Brian W. Boschee, Esq.<br>Nevada Bar No. 7612<br>John (Trey) Pictum, Esq.<br>Nevada Bar No. 15979<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, Nevada 89169<br>*Counsel for Plaintiff* | /s/ E. Matthew Freeman<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>E. Matthew Freeman, Esq.<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>*Counsel for Defendants* |

## ORDER

**It is so ordered** that the trial set for December 16, 2024, is hereby vacated.

**It is further ordered** that this case be set for trial on _____April 7_____, 2025 at ____8:30____ a.m. in the LV Courtroom 7D. Calander call is set for _____April 1_____ 2025, at ____9:00____ a.m. in LV Courtroom 7D.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 29, 2024