UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COURTNEY MOTLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. MALTA, an individual, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-02075-GMN-BNW<br><br>**ORDER TO PRODUCE**<br>**COURTNEY MOTLEY, #1210895** |

TO:　　JEREMY BEAN, WARDEN, HIGH DESERT STATE PRISON,
　　　　INDIAN SPRINGS, NEVADA

**THE COURT HEREBY FINDS** that **COURTNEY MOTLEY, Inmate ID #1210895**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89070.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and arrange for **COURTNEY MOTLEY, Inmate ID #1210895,** to appear on **Tuesday, January 20, 2026, at 9:00 a.m.**, for an **IN PERSON** Calendar Call at the United States District Court for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, Courtroom 7D before Judge Gloria M. Navarro, in the instant matter, and arrange for his **IN PERSON APPEARANCE** on said date as ordered and directed by this court, until **COURTNEY MOTLEY, Inmate ID #1210895**, is released and discharged by the said Court.

**IT IS FURTHER ORDERED** that **COURTNEY MOTLEY, Inmate ID #1210895,** shall thereafter be returned to the custody of High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this __3__ day of December, 2025.

_____
**GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**