ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Corrections Officer Matthew Malta*
*Corrections Officer Carlos Miranda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

***

| | |
|---|---|
| COURTNEY MOTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>M. MALTA,<br>C. MIRANDA<br><br>Defendants. | CASE NO. 2:21-cv-02075-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Plaintiff, ; and COURTNEY MOTLEY and DEFENDANTS CORRECTIONS OFFICER MATTHEW MALTA AND CORRECTIONS OFFICER CARLOS MIRANDA, by and through respective counsel of record, that all of Plaintiff's claims and causes of action against Defendants in the above-

…

…

…

…

…

…

…

entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 16 day of July, 2026.

LEWIS BRISBOIS BISGAARD & SMITH

ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*
*Corrections Officer Matthew Malta*
*Corrections Officer Carlos Miranda*

DATED this 9th day of July, 2026.

1210895

COURTNEY MOTLEY
#1210895
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070-0650
*Plaintiff in Proper Person*

**ORDER**

IT IS SO ORDERED.

Dated this 6 day of August, 2026.

UNITED STATES DISTRICT COURT JUDGE